FILED

09/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0603

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0603

_____

NORVAL ELECTRIC COOPERATIVE INC.,

      Petitioner, Appellant, and
      Cross-Appellee,

    v.                                            O R D E R

SHALAINE LAWSON,

      Respondent, Appellee, and
      Cross-Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 14 2022